People ex rel. Cassar v Toulon (2025 NY Slip Op 04659)

People ex rel. Cassar v Toulon

2025 NY Slip Op 04659

Decided on August 13, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 13, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
LARA J. GENOVESI
WILLIAM G. FORD
DONNA-MARIE E. GOLIA, JJ.

2025-09048

[*1]The People of the State of New York, ex rel. Christopher J. Cassar, on behalf of Uriel Rose, petitioner, 
v
Errol D. Toulon, etc., et al., respondents.

Cassar Law Firm, P.C., Huntington, NY (Christopher J. Cassar pro se of counsel), for petitioner.
Raymond A. Tierney, District Attorney, Riverhead, NY (Jamie H. Greenwood of counsel), for respondents.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Uriel Rose upon his own recognizance or, in the alternative, to set reasonable bail upon Suffolk County Indictment No. 71316/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the County Court, Suffolk County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
BARROS, J.P., GENOVESI, FORD and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court